**836**

petent evidence and is not against the weight of the evidence. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976). An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).

**ORDER**

PER CURIAM.

The plaintiff, Clearbrook Houston L.P., claims instructional error and appeals entry of judgment by the Circuit Court of St. Louis County in favor of the defendants, Adrian N. Baker & Company and Steven Gissy. Finding no error, we affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

The trial court's judgment is affirmed. Rule 84.16(b)(5).

■

### CLEARBROOK HOUSTON LP, Plaintiff/Appellant,

v.

### ADRIAN N. BAKER AND CO., et al., Defendant/Respondent.

No. ED 86483.

Missouri Court of Appeals, Eastern District, Division Three.

June 20, 2006.

■

### Russell V. LOCKRIDGE, Claimant/Appellant,

v.

### AMERICALL GROUP, INC., and Division of Employment Security, Respondents.

No. ED 86978.

Missouri Court of Appeals, Eastern District, Division Five.

June 20, 2006.

Steven M. Hamburg, St. Louis, MO, for appellant.

Ryan J. Gavin, Mandy J. Hobson, St. Louis, MO, for respondents.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY and BOOKER T. SHAW, JJ.

